WILLIAM A. HAYNER, Respondent, *v.* ABRAM V. LOUER et al., as Receivers of SCHENECTADY RAILWAY COMPANY, Appellants.

(Argued April 25, 1934; decided May 22, 1934.)

*William C. Maynard, Emil Peters* and *Daniel Naylon* for appellants.

*H. E. Blodgett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.